UNITED STATES  DISTRICT COURT

Northern District of California

LUTHER EUGENE CARTER                                     No. C 10-05960 MEJ

                              Plaintiff(s),        **ORDER DIRECTING PARTIES TO**
            v.                                     **FILE CONSENT/DECLINATION**
                                                   **FORM**
A W CHESTERTON CO

                              Defendant(s).
_____/


        Pending before the Court is Defendant's motion to dismiss.  Upon review of the record in

this action, the Court notes that the parties have not filed written consents to Magistrate Judge

James' jurisdiction.  This civil case was randomly assigned to Magistrate Judge James for all

purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district

court are designated to conduct any and all proceedings in a civil case, including trial and entry of

final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate

Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the

same manner as an appeal from any other judgment of a district court.

        You have the right to have your case assigned to a United States District Judge for trial and

disposition.  Accordingly, the parties shall inform the Court whether they consent to Magistrate

Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  A copy

of both the consent and declination forms may be obtained from the Northern District of California's

website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left

margin, then choose "Civil."  The parties shall inform the Court of their decision by January 25,

2011.

        **IT IS SO ORDERED.**


Dated: January 14, 2011

                                                   _____
                                                   Maria-Elena James
                                                   Chief United States Magistrate Judge